JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-7890-GW-BFMx | Date | March 19, 2025 |
|---|---|---|---|
| Title | *Xuesong Zhang v. David M. Radel* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - COURT ORDER**

In light of Defendant's Notice of Mootness of Action (ECF No. 21) and Plaintiff's failure to respond to said Notice after requested by the Court to do so, this action is dismissed as MOOT.

|  | : |
|---|---|
| Initials of Preparer | JG |